**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT, IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| PAMELA WHITNEY,<br><br>         Plaintiff,<br>vs.<br><br>COROC/PARK CITY L.L.C., a Delaware Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>         Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:17-CV-154<br><br>Judge David Nuffer |

Plaintiff Pamela Whitney and COROC/Park City L.L.C., (collectively, the "Parties"), by and through undersigned counsel, stipulate and jointly move the Court for an order dismissing this action with prejudice, and without costs and attorneys' fees to either party. The Parties have resolved their dispute and agree that this matter should be dismissed with prejudice. A proposed order dismissing all claims with prejudice and without costs and attorneys' fees to either party, approved by all parties, is filed and served herewith.

STIPULATED the 8th day of September, 2017

                      FORD & CRANE PLLC

                      /s/  Matthew B. Crane
                      Matthew B. Crane
                      *Attorneys for Plaintiffs*

STIPULATED the 8th day of September, 2017

                      JACKSON LEWIS PLLC

                      /s/ Conrad S. Kee
                      Christopher S. Moon
                      Conrad S. Kee
                      *Attorneys for Defendant*
                      (Signed with Permission)

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on the 8th day of September, 2017, I caused a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane