IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PAMELA WHITNEY,<br><br>　　　　　　Plaintiff,<br>v.<br><br>COROC/PARK CITY L.L.C., a Delaware Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>　　　　　　Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:17-cv-00154-DN<br><br>District Judge David Nuffer |

　　　　Based on the parties' Stipulated Motion to Dismiss With Prejudice,[1] and good cause appearing therefor,

　　　　IT IS HEREBY ORDERED that the parties' Stipulated Motion to Dismiss With Prejudice[2] is GRANTED. This action is DISMISSED with prejudice, and without costs and attorneys' fees awarded to either party.

　　　　The Clerk is directed to close the case.

　　　　SIGNED this 8th day of September, 2017

　　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　_David Nuffer_
　　　　　　　　　　　　　　　　　　　　　David Nuffer
　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Docket no. 25, filed Sept. 8, 2017.

[2] *Id*.